■ ASSOCIATED TEXTILE RENTAL SERVICES, INC., Appellant, v XEROX CORPORATION, Respondent. [768 NYS2d 896]—Appeal from an order of Supreme Court, Monroe County (Stander, J.), entered November 6, 2002, which denied plaintiff's motion for summary judgment, granted defendant's cross motion for summary judgment and dismissed the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Memorandum: We affirm for reasons stated at Supreme Court, Monroe County (Stander, J.). We add only that we do not address plaintiff's contention that defendant breached the implied covenant of good faith and fair dealing because that contention is raised for the first time on appeal (*see Commercial Tenant Servs. v First Union Natl. Bank*, 305 AD2d 210, 211 [2003]; *Merchants Bank of N.Y. v Stahl*, 269 AD2d 236 [2000]). Present—Pine, J.P., Wisner, Hurlbutt, Gorski and Lawton, JJ.

■ In the Matter of JOHN A. BUCCI et al., Respondents, v ADIRONDACK PARK AGENCY, Appellant. [768 NYS2d 895]—Appeal from a judgment (denominated order) of Supreme Court, Herkimer County (Kirk, J.), entered March 20, 2003, which granted the CPLR article 78 petition and ordered respondent to process petitioners' after-the-fact permit application.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously reversed on the law without costs and the petition is dismissed.

Same memorandum as in *Adirondack Park Agency v Bucci* (2 AD3d 1293 [2003]). Present—Pine, J.P., Wisner, Hurlbutt, Gorski and Lawton, JJ.